**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY ROY KEETON,** | ) NO. CV 16-9590-FMO (KS) |
| **Petitioner,** | ) |
| v. | ) **JUDGMENT** |
| **DEBBIE ASUNCION, Warden,** | ) |
| **Respondent** | ) |

Pursuant to the Court's Order,

IT IS ADJUDGED that that this action is dismissed without prejudice.

DATE: January 17, 2017

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE